IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 6 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:10CR64 JCH ) |
| COREY W. JOHNS | ) ) |
| Defendant. | ) |

## ORDER

Dr. Michael Armour is authorized to have a contact visit with Corey Johns at Jennings Jail on July 17, 2010 at 9:00 am. and at any time thereafter for the purpose of a psychological evaluation.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _____ day of July, 2010.